UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Lizzette Quiroga

Case No.: 16-29274
Chapter: 7
Judge: VFP

### NOTICE OF PROPOSED ABANDONMENT

_____Nancy Isaacson_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on May 2, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 411 Orchard Meadows Drive
Union, NJ 07083
Value: $121,000.00 |

| Liens on property: | Specialized Loan Servicing, LLC
$143,337.06 |

| Amount of equity claimed as exempt: $0.00 |

Objections must be served on, and requests for additional information directed to:

Name: Nancy Isaacson
Address: 75 Livingston Avenue, Suite 301, Roseland, NJ 07068-3701
Telephone No.: (973) 535-1600

*rev.8/1/15*

```
                                United States Bankruptcy Court
                                      District of New Jersey
In re:                                                                   Case No. 16-29274-VFP
Lizzette Quiroga                                                         Chapter 7
         Debtor
                                        CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                  Page 1 of 2          Date Rcvd: Mar 29, 2017
                              Form ID: pdf905              Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2017.
db             +Lizzette Quiroga,    411 Orchard Meadows Drive,    Union, NJ 07083-4463
cr             +BMW Financial Services NA, LLC Department,    Ascension Capital Group,    PO Box 165028,
                 Irving, TX 75016-5028
cr             +Specialized Loan Servicing LLC, as servicing agent,    C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,   Iselin, NJ 08830-2713
516437270      +Amex Dsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
516484980      +BMW Financial Services NA, LLC,    P.O. Box 165028,   Irving, TX 75016-5028
516437271      +Bmw Bank Of North Amer,    2735 E Parleys Ways Ste,   Salt Lake City, UT 84109-1666
516437273      +Caine & Weiner,    21210 Erwin Street,    Woodland Hills, CA 91367-3714
516437274      +Debt Recovery Solution,    900 Merchants Concourse,   Westbury, NY 11590-5142
516638900       Directv, LLC,    by American InfoSource LP as agent,    PO Box 5008,
                 Carol Stream, IL   60197-5008
516437275      +Dsnb Bloom,    9111 Duke Blvd,   Mason, OH 45040-8999
516437276      +Midland Funding,    2365 Northside Dr Ste 30,   San Diego, CA 92108-2709
516610696      +Midland Funding LLC,    PO Box 2011,   Warren MI 48090-2011
516437278       Specialized Loan Servicing, LLC,    PO Box 636007,   Littleton, CO 80163-6007
516537675      +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 29 2017 23:13:42     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 29 2017 23:13:38     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
intp           +E-mail/Text: BNC@magtrustee.com Mar 29 2017 23:14:36     Marie-Ann Greenberg,
                 30 Two Bridges Road, Suite 330,   Fairfield, NJ 07004-1550
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2017 23:05:22     Synchrony Bank,
                 c/o Recovery Mmgt. Sys.,   25 SE 2nd Ave., Ste. 1120,   Miami, FL 33131-1605
516437272       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Mar 29 2017 23:05:46     Bmw Financial Services,
                 5515 Parkcenter Cir,   Dublin, OH 43017
516443641      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 29 2017 23:05:25
                 BMW Financial Services NA, LLC,   c/o Ascension Capital Group,   P.O. Box 165028,
                 Irving, TX 75016-5028
516645319       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2017 23:12:10
                 Portfolio Recovery Associates, LLC,   C/O Nordstrom Fsb,   POB 41067,   Norfolk VA 23541
516653570       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2017 23:28:45
                 Portfolio Recovery Associates, LLC,   c/o Bank Of America,   POB 41067,   Norfolk VA 23541
516651384       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2017 23:11:55
                 Portfolio Recovery Associates, LLC,   c/o Victorias Secret,   POB 41067,   Norfolk VA 23541
516438305       E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2017 23:05:35     Synchrony Bank,
                 c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516437277     ##+Portfolio Recovery Ass,   287 Independence,   Virginia Beach, VA 23462-2962
                                                                                            TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                                     Signature:  /s/Joseph Speetjens

```
District/off: 0312-2                  User: admin                       Page 2 of 2                  Date Rcvd: Mar 29, 2017
                                      Form ID: pdf905                   Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2017 at the address(es) listed below:
              Adrian   Johnson    on behalf of Debtor Lizzette  Quiroga evanf@diazlawnow.com
              Brian C. Nicholas    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association, as Trustee, (successor by merger to
               LasSalle Bank National Association) as Trustee for Morga bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Charles H. Jeanfreau    on behalf of Creditor    Specialized Loan Servicing Charlesj@w-legal.com,
               BNCmail@w-legal.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association, as Trustee, (successor by merger to
               LasSalle Bank National Association) as Trustee for Morga dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
               for Morgan Stanley Mortgage Loan Trust 2007-3XS, U.S. Bank National Association, as Trustee,
               successor in interest to Bank of America, National Assoc nj_ecf_notices@buckleymadole.com
              Nancy  Isaacson    nisaacson@greenbaumlaw.com, admin@remote7solutions.com;J101@ecfcbis.com
                                                                                                          TOTAL: 6
```