UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Charles H. Jeanfreau**
**Weinstein, & Riley, PS**
**11 Broadway Suite 615**
**(212) 268-5540**
**charlesj@w-legal.com**
*Attorney for Specialized Loan Services*

**Order Filed on April 24, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re Lizette Quiroga,

'38/4; 496

**'Ej cr vgt '9**
Hearing Date: March 21, 2017

---

**ORDER VACATING STAY**

The relief set forth on the following page is hereby ORDERED.

**DATED: April 24, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

1

47468439

Upon the motion of Specialized Loan Servicing LLC as servicer for Morgan Stanley Mortgage Loan Trust 2007-3XS, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Real Property more fully described as:

All the real property located in the Township, of Union, County of Union, State of New Jersey and more particularly described as follows:

Unit 41 in Building 411 in Building No. 4 Section in Orchard Meadows which Unit has been more specifically defined in the Master Deed, and which Unit is hereby conveyed in conformity with R.S. 46:8B-10, and includes the fee in a 0.52% undivided interest in the common elements of the Condominium as the common elements are defined in the Master Deed.

**FOR INFORMATIONAL PURPOSES ONLY**
The property address being known as No. 411 Orchard Meadows Drive, #41, Union, New Jersey 07083-4463.

Also known as No. 411 Orchard Meadows Drive South, Union, New Jersey 07083.

TAX ID# Block 2003, Lot 2.411-C041

THE ABOVE DESCRIBED PROPERTY WAS TAKEN IN FEE SIMPLE

BEING the same property which, by Deed dated April 4, 2003, and recorded June 21, 2003 in the Clerk's Office of the County of Union, State of New Jersey, in Book No. 5372, Page 0797, was granted and conveyed by Russell Castronova, unmarried unto Lizzette Quiroga, single.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

Dated, _____ day of _____, _____.


_____
United States Bankruptcy Judge


2

47468439