UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Charles H. Jeanfreau**
**Weinstein, & Riley, PS**
**11 Broadway Suite 615**
**(212) 268-5540**
**charlesj@w-legal.com**
*Attorney for Specialized Loan Services*

**Order Filed on April 24, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re Lizette Quiroga,

16-29274

**Chapter 7**
Hearing Date: March 21, 2017

## ORDER VACATING STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: April 24, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

1

47468439

Upon the motion of Specialized Loan Servicing LLC as servicer for Morgan Stanley Mortgage Loan Trust 2007-3XS, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Real Property more fully described as:

All the real property located in the Township, of Union, County of Union, State of New Jersey and more particularly described as follows:

Unit 41 in Building 411 in Building No. 4 Section in Orchard Meadows which Unit has been more specifically defined in the Master Deed, and which Unit is hereby conveyed in conformity with R.S. 46:8B-10, and includes the fee in a 0.52% undivided interest in the common elements of the Condominium as the common elements are defined in the Master Deed.

**FOR INFORMATIONAL PURPOSES ONLY**
The property address being known as No. 411 Orchard Meadows Drive, #41, Union, New Jersey 07083-4463.

Also known as No. 411 Orchard Meadows Drive South, Union, New Jersey 07083.

TAX ID# Block 2003, Lot 2.411-C041

**THE ABOVE DESCRIBED PROPERTY WAS TAKEN IN FEE SIMPLE**

BEING the same property which, by Deed dated April 4, 2003, and recorded June 21, 2003 in the Clerk's Office of the County of Union, State of New Jersey, in Book No. 5372, Page 0797, was granted and conveyed by Russell Castronova, unmarried unto Lizzette Quiroga, single.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

Dated, _____ day of _____, _____.

_____
United States Bankruptcy Judge

47468439

United States Bankruptcy Court
District of New Jersey

In re:                                                           Case No. 16-29274-VFP
Lizzette Quiroga                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin          Page 1 of 1        Date Rcvd: Apr 24, 2017
                           Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2017.
db            +Lizzette Quiroga,   411 Orchard Meadows Drive,   Union, NJ 07083-4463

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2017 at the address(es) listed below:
        Adrian   Johnson    on behalf of Debtor Lizzette  Quiroga evanf@diazlawnow.com
        Brian C. Nicholas    on behalf of Creditor   U.S. Bank National Association, as Trustee, successor
         in interest to Bank of America, National Association, as Trustee, (successor by merger to
         LasSalle Bank National Association) as Trustee for Morga bnicholas@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Charles H. Jeanfreau    on behalf of Creditor   Specialized Loan Servicing Charlesj@w-legal.com,
         BNCmail@w-legal.com
        Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, as Trustee, successor
         in interest to Bank of America, National Association, as Trustee, (successor by merger to
         LasSalle Bank National Association) as Trustee for Morga dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Francesca Ann Arcure    on behalf of Creditor   Specialized Loan Servicing LLC, as servicing agent
         for Morgan Stanley Mortgage Loan Trust 2007-3XS, U.S. Bank National Association, as Trustee,
         successor in interest to Bank of America, National Assoc nj_ecf_notices@buckleymadole.com
        Nancy  Isaacson    nisaacson@greenbaumlaw.com,  admin@remote7solutions.com;J101@ecfcbis.com
                                                                        TOTAL: 6