**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Lizzette Quiroga | Social Security number or ITIN   xxx–xx–4826 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–29274–VFP | |

# Order of Discharge                                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Lizzette Quiroga

<u>6/2/17</u>                                                                         **By the court:**   <u>Vincent F. Papalia</u>
                                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 16-29274-VFP
Lizzette Quiroga                                                            Chapter 7
           Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin             Page 1 of 2          Date Rcvd: Jun 02, 2017
                              Form ID: 318            Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 04, 2017.
```
db          +Lizzette Quiroga,    411 Orchard Meadows Drive,    Union, NJ 07083-4463
cr          +BMW Financial Services NA, LLC Department,    Ascension Capital Group,    PO Box 165028,
              Irving, TX 75016-5028
cr          +Specialized Loan Servicing LLC, as servicing agent,    C/O Buckley Madole, P.C.,
              99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
516437270   +Amex Dsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
516484980   +BMW Financial Services NA, LLC,    P.O. Box 165028,    Irving, TX 75016-5028
516437271   +Bmw Bank Of North Amer,    2735 E Parleys Ways Ste,    Salt Lake City, UT 84109-1666
516437273   +Caine & Weiner,    21210 Erwin Street,   Woodland Hills, CA 91367-3714
516437274   +Debt Recovery Solution,    900 Merchants Concourse,    Westbury, NY 11590-5142
516638900    Directv, LLC,    by American InfoSource LP as agent,    PO Box 5008,
              Carol Stream, IL  60197-5008
516437276   +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
516610696   +Midland Funding LLC,    PO Box 2011,   Warren MI 48090-2011
516437278    Specialized Loan Servicing, LLC,    PO Box 636007,    Littleton, CO 80163-6007
516537675   +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jun 02 2017 22:29:16     U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 02 2017 22:29:10     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
intp        +E-mail/Text: BNC@magtrustee.com Jun 02 2017 22:30:11     Marie-Ann Greenberg,
              30 Two Bridges Road, Suite 330,    Fairfield, NJ 07004-1550
cr          +EDI: RMSC.COM Jun 02 2017 22:08:00     Synchrony Bank,    c/o Recovery Mmgt. Sys.,
              25 SE 2nd Ave., Ste. 1120,    Miami, FL 33131-1605
516437272    EDI: BMW.COM Jun 02 2017 22:08:00     Bmw Financial Services,    5515 Parkcenter Cir,
              Dublin, OH 43017
516443641   +EDI: AISACG.COM Jun 02 2017 22:08:00     BMW Financial Services NA, LLC,
              c/o Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
516437275   +EDI: TSYS2.COM Jun 02 2017 22:08:00     Dsnb Bloom,    9111 Duke Blvd,    Mason, OH 45040-8999
516645319    EDI: PRA.COM Jun 02 2017 22:08:00     Portfolio Recovery Associates, LLC,    C/O Nordstrom Fsb,
              POB 41067,   Norfolk VA 23541
516653570    EDI: PRA.COM Jun 02 2017 22:08:00     Portfolio Recovery Associates, LLC,    c/o Bank Of America,
              POB 41067,   Norfolk VA 23541
516651384    EDI: PRA.COM Jun 02 2017 22:08:00     Portfolio Recovery Associates, LLC,
              c/o Victorias Secret,    POB 41067,   Norfolk VA 23541
516438305    EDI: RMSC.COM Jun 02 2017 22:08:00     Synchrony Bank,
              c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                               TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516437277   ##+Portfolio Recovery Ass,    287 Independence,    Virginia Beach, VA 23462-2962
                                                                                    TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2           User: admin                  Page 2 of 2                  Date Rcvd: Jun 02, 2017
                               Form ID: 318                 Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 2, 2017 at the address(es) listed below:
              Adrian   Johnson    on behalf of Debtor Lizzette  Quiroga evanf@diazlawnow.com
              Brian C. Nicholas    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association, as Trustee, (successor by merger to
               LasSalle Bank National Association) as Trustee for Morga bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Charles H. Jeanfreau    on behalf of Creditor    Specialized Loan Servicing Charlesj@w-legal.com,
               BNCmail@w-legal.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association, as Trustee, (successor by merger to
               LasSalle Bank National Association) as Trustee for Morga dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
               for Morgan Stanley Mortgage Loan Trust 2007-3XS, U.S. Bank National Association, as Trustee,
               successor in interest to Bank of America, National Assoc nj_ecf_notices@buckleymadole.com
              Nancy  Isaacson    nisaacson@greenbaumlaw.com, admin@remote7solutions.com;J101@ecfcbis.com
                                                                                             TOTAL: 6
```